# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

March 12, 2015

Lyle W. Cayce
Clerk

No. 14-40369
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE HUBELIO GONZALEZ-PADILLA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:13-CR-1681-1

Before KING, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose Hubelio
Gonzalez-Padilla (Gonzalez) has moved for leave to withdraw and has filed a
brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United
States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Gonzalez has not filed a
response.  We have reviewed counsel's brief and the relevant portions of the
record reflected therein.  We concur with counsel's assessment that the appeal

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 14-40369

presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.